# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 2, 2022

No. 21-40556
Summary Calendar

Lyle W. Cayce
Clerk

Ｕｎｉｔｅｄ Ｓｔａｔｅｓ ｏｆ Ａｍｅｒｉｃａ,

*Plaintiff—Appellee*,

*versus*

Ｒｏｌａｎ Ｓａｎｃｈｅｚ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:20-CR-2073-1

Before Ｊｏｌｌｙ, Ｗｉｌｌｅｔｔ, and Ｅｎｇｅｌｈａｒｄｔ, *Circuit Judges*.
Ｐｅｒ Ｃｕｒｉａｍ:*

The Federal Public Defender appointed to represent Rolan Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez has filed a response. We have reviewed

---

* Pursuant to 5ᴛʜ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5.4.

No. 21-40556

counsel's brief and the relevant portions of the record reflected therein, as well as Sanchez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.